

**hip**
*it's HIP to be labeled!*
HIP LABELS, LLC
P.O. Box 10826
Greensboro, NC 27404

*Ed,*
*Ok to pay?*
*Gail*

Invoice # 7120
Date: 3/30/2015

**Bill To:**

Accounts Payable
The Perennial Farm
12017 Glen Arm Road
Glen Arm, MD 21057

**Ship To:**

The Perennial Farm
Attn: Ed Kiley
12017 Glen Arm Road
Glen Arm, MD 21057

| SALESPERSON | P.O. NUMBER | SHIP DATE | SHIP VIA | JOB # | TERMS |
|---|---|---|---|---|---|
| BL | | 2/25/2015 | UPS | 1981 | Net 30 |

| Quantity | Unit Type | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 78,400 | ea | X2209 | Treadwell Stake Tags | 0.119 | 9,329.60 |
| | | | Shipping & Handling | 132.08 | 132.08 |

*OK*
*Ed Kiley*
*4/6/15*

VI-35704

| | TOTAL | $9,461.68 |
|---|---|---|

Make all checks payable to **HIP Labels**.
If you have any questions concerning this invoice, contact Mollie Stowe @ 336-472-0674 or mollie.stowe@hiplabels.com.

THANK YOU FOR YOUR BUSINESS!



EXHIBIT 3



*it's HIP to be labeled!*

**HIP LABELS, LLC**
P.O. Box 10826
Greensboro, NC 27404

Invoice # 7283
Date: 5/5/2015

**Bill To:**

Accounts Payable
The Perennial Farm
12017 Glen Arm Road
Glen Arm, MD 21057

**Ship To:**

The Perennial Farm
Attn: Ed Kiley
12017 Glen Arm Road
Glen Arm, MD 21057

8583

| SALESPERSON | P.O. NUMBER | SHIP DATE | SHIP VIA | JOB # | TERMS |
|---|---|---|---|---|---|
| BL |  | 4/16/2015 | UPS | 2099 | Net 30 |

| Quantity | Unit Type | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1,929 | ea | X2209 | Treadwell Stake Tags | 0.50 | 964.50 |
|  |  |  | Shipping & Handling | 10.51 | 10.51 |

VI-36184

| | TOTAL | $975.01 |
|---|---|---|

Make all checks payable to **HIP Labels**.
If you have any questions concerning this invoice, contact Mollie Stowe @ 336-472-0674 or mollie.stowe@hiplabels.com.

**THANK YOU FOR YOUR BUSINESS!**

**hip**
*it's HIP to be labeled!*
P.O. Box 10826
Greensboro, NC 27404

*Ed,*
*FYI your*
*review on both*
*invoices.*
*Thanks,*
*Gail*

Invoice # 6127
Date: 3/21/2013

**Bill To:**

Accounts Payable
The Perennial Farm
12017 Glen ARm Road
Glen Arm, MD 21057

**Ship To:**

The Perennial Farm
12017 Glen Arm Road
Glen Arm, MD 21057

VI-29044

**Comments or Special Instructions:** Please note our new address! Please make checks payable to HIP Labels.

| SALESPERSON | P.O. NUMBER | SHIP DATE | SHIP VIA | JOB # | TERMS |
|---|---|---|---|---|---|
| BL | | 3/1/2013 | UPS | 1444 | Net 30 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 158,950 | Treadwell Stake Tags<br>Shipping & Handling | 0.109<br>121.55 | 17,325.55<br>121.55 |

*OK to pay*
*per Kiley*
*4/15/13*

*Pay ½ now*
*½ in 30 days*

| | TOTAL | $17,447.10 |
|---|---|---|

*CK 6212*
*5/31/13*

*CK 6091*
*4/17/13*

— 8,723.55
→ Still due — 8,723.55

Make all checks payable to **HIP Labels**.
If you have any questions concerning this invoice, contact Mollie Stowe @ 336-472-0674 or mollie.stowe@hiplabels.com.

**THANK YOU FOR YOUR BUSINESS!**



*it's HIP to be labeled!*
HIP LABELS, LLC
P.O. Box 10826
Greensboro, NC 27404

Invoice #  6646
Date:  3/25/2014

**Bill To:**

Accounts Payable
The Perennial Farm
12017 Glen Arm Road
Glen Arm, MD 21057

**Ship To:**

The Perennial Farm
Attn: Ed Kiley
12017 Glen Arm Road
Glen Arm, MD 21057

| SALESPERSON | P.O. NUMBER | SHIP DATE | SHIP VIA | JOB # | TERMS |
|---|---|---|---|---|---|
| BL | | 3/13/2014 | UPS | 1762 | Net 30 |

| Quantity | Unit Type | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 96,000 | ea | X2209 | Treadwell Stake Tags | 0.109 | 10,464.00 |
| | | | Shipping & Handling | 128.05 | 128.05 |

7/1/14

Could we please pay ASAP
Ed

PAID
1633
7/10/14

VI-33281

| | TOTAL | $10,592.05 |
|---|---|---|

Make all checks payable to HIP Labels.
If you have any questions concerning this invoice, contact Mollie Stowe @ 336-472-0674 or mollie.stowe@hiplabels.com.

**THANK YOU FOR YOUR BUSINESS!**

**hip**
*it's HIP to be labeled!*
P.O. Box 10826
Greensboro, NC 27404

Invoice # 5804
Date: 3/27/2012

**Bill To:**

Accounts Payable
The Perennial Farm
12017 Glen ARm Road
Glen Arm, MD 21057

*Ed,
Okay to pay?
2nd request.
Thanks.
Gail*

**Ship To:**

The Perennial Farm
12017 Glen Arm Road
Glen Arm, MD 21057

**Comments or Special Instructions:** Please note our new address! Please make checks payable to HIP Labels.

| SALESPERSON | P.O. NUMBER | SHIP DATE | SHIP VIA | JOB # | TERMS |
|---|---|---|---|---|---|
| BL | Ed Kiley | 3/22/2012 | Wilson | 1250 | Net 30 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 70,550 | Treadwell Stake Tags | 0.126 | 8,889.30 |
| 8 | Art Charge - revisions to back of Treadwell tag including qr code and associated graphics, color, and bullet points. | 50.00 | 400.00 |
| | Shipping & Handling | 172.58 | 172.58 |

*CK 4711
5/31/12
VI-25438*

*ok
Ed Kiley
5/30/12*

| | TOTAL | $9,461.88 |
|---|---|---|

*134*

Make all checks payable to **HIP Labels**.
If you have any questions concerning this invoice, contact Mollie Stowe @ 336-472-0674 or mollie.stowe@hiplabels.com.

**THANK YOU FOR YOUR BUSINESS!**

*5/2/12*



*it's HIP to be labeled!*
P.O. Box 10826
Greensboro, NC 27404

Invoice #   5826
Date:   4/9/2012

**Bill To:**

Accounts Payable
The Perennial Farm
12017 Glen ARm Road
Glen Arm, MD 21057

**Ship To:**

The Perennial Farm
12017 Glen Arm Road
Glen Arm, MD 21057

**Comments or Special Instructions:**   Please note our new address!   Please make checks payable to HIP Labels.

| SALESPERSON | P.O. NUMBER | SHIP DATE | SHIP VIA | JOB # | TERMS |
|---|---|---|---|---|---|
| BL | | 3/28/2012 | UPS | 1250 | Net 30 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1,600 | Treadwell Stake - Veronica repens 'Sunshine'<br>Shipping & Handling | 0.126<br>8.73 | 201.60<br>8.73 |

APPROVAL: CK 4604
Print _5/3/12_
Sign _Ed Tiley_
Date _4/19/12_

Thanks,
Cindy

VI-25606

| TOTAL | $210.33 |
|---|---|

Make all checks payable to **HIP Labels**.
If you have any questions concerning this invoice, contact Mollie Stowe @ 336-472-0674 or mollie.stowe@hiplabels.com.

**THANK YOU FOR YOUR BUSINESS!**

# hip

*it's HIP to be labeled!*
P.O. Box 10826
Greensboro, NC 27404

www.hiplabels.com

**INVOICE #** 5441
**DATE:** March 8, 2011

**Bill To:** Accounts Payable
The Perennial Farm
12017 Glen Arm Road
Glen Arm, MD 21057

**Ship To:** The Perennial Farm
12017 Glen Arm Road
Glen Arm, MD 21057

**Comments or Special Instructions:**
Please note our new address!
Please make checks payable to HIP Labels

| SALESPERSON | P.O. NUMBER | SHIP DATE | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| 1 | Tom Watson | 3/7/2011 | LTL | | 30 days |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 335050 | x2209 Treadwell stake tag | 0.07700 | 25798.85 |

PAID
CK 3195
5/31/11  V1-22099

| | |
|---|---|
| SUBTOTAL | $ 25,798.85 |
| TAX RATE | 0.00% |
| SALES TAX | - |
| SHIPPING & HANDLING | 303.77 |
| TOTAL | $ 26,102.62 |

Make all checks payable to HIP Labels.
If you have any questions concerning this invoice, contact Mollie Stowe @ 336-472-0674 or mollie.stowe@hiplabels.com

**THANK YOU FOR YOUR BUSINESS!**