UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**BETH P. GESNER**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4288** |

March 24, 2017

Jan I. Berlage, Esq.
Gohn, Hankey, Stichel, & Berlage, LLP
201 N. Charles St., Ste. 2101
Baltimore, MD 21201

Charles A. Arcodia, Esq.
Law Office of Charles A. Arcodia
14346 Jarrettsville Pike, Ste. 3
Phoenix, MD 21131

Michael D. Long, Esq.
Swider Haver
621 S.W. Morrison St., Ste. 1420
Portland, OR 97205

        Subject:    <u>Under A Foot Plant, Co. v. Exterior Design, Inc.</u>
                        Civil No.: BPG-15-871

Dear Counsel:

      Currently pending before the court are Plaintiff's Motion to Strike Defendant's Rebuttal Expert Reports and Disqualify Defendant's Rebuttal Experts ("Plaintiff's Motion") (ECF No. 71), Defendant's Response in Opposition to Plaintiff's Motion ("Defendant's Opposition") (ECF No. 73), and Plaintiff's Reply in Support of Plaintiff's Motion ("Plaintiff's Reply") (ECF No. 75). For the reasons stated below, Plaintiff's Motion is DENIED without prejudice to re-file.

      I have reviewed the parties' submissions on this matter and conclude that, while plaintiff raises valid concerns regarding apparent procedural and substantive deficiencies in defendant's expert reports,[1] defendant should be given an opportunity to cure these deficiencies before the court will entertain a motion to strike the reports and exclude the experts from testifying at trial.

      Accordingly, defendant is directed to submit supplemental expert reports which are fully compliant with the requirements of Federal Rule of Civil Procedure 26(a)(2)(B) by **Thursday, March 30, 2017**.[2] In particular, defendant's expert reports must include:

- A complete statement of all opinions the witness will express <u>and</u> the basis and reasons for them.

- The facts or data considered by the witness in forming his opinions.

- Any exhibits that the witness will use to summarize or support his opinions.

---

[1] The court notes, for example, that at least one of defendant's purported experts, Mr. Lovejoy, appears to be an ordinary fact witness.

[2] Thereafter, plaintiff shall be granted additional time, as needed, to prepare for and depose defendant's experts.

<u>Under A Foot Plant, Co. v. Exterior Design, Inc.</u>
Civil No.: BPG-15-871
March 24, 2017
Page 2

    Defendant's failure to comply with the disclosure requirements of Rule 26(a)(2)(B) by the deadline may result in court-ordered sanctions, up to and including exclusion of defendant's experts from testifying at trial.

    Finally, in light of the foregoing, I am also modifying the revised pretrial filing deadline set forth in my letter order of March 23, 2017 (ECF No. 77). The revised schedule is now as follows:

| | |
|---|---|
| Deadline for Joint Pretrial Order, Motions in Limine, Jury Instructions, Voir Dire, and Special Verdict Form | **Tuesday, April 4, 2017** (consult Local Rules— these are to be <u>JOINT SUBMISSIONS</u> to the extent possible) |
| Deadline for Oppositions to Motions in Limine | **Thursday, April 6, 2017** |
| Pretrial Conference | **Thursday, April 13, 2017** at 9:30 a.m. by telephone, unless counsel requests or the court directs that it be conducted in person. The court will initiate the call. |
| Jury Trial (4 days) | **Monday, May 8, 2017** at 10:00 a.m. (Counsel should report to chambers at 9:30 a.m.) |

    Despite the informal nature of this letter, it will constitute an Order of the court and will be docketed accordingly.

                                                  Very truly yours,

                                                  / s /

                                                  Beth P. Gesner
                                                  United States Magistrate Judge