IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNDER A FOOT PLANT, CO., | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. 1:15-cv-00871-BPG |
| EXTERIOR DESIGN, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

JOINT PROPOSED FINAL PRETRIAL ORDER

This matter comes before the Court at a final pretrial conference held pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 106.

**Plaintiff's Counsel:**

Jan I. Berlage, Esq.
Gohn, Hankey & Stichel, LLP
201 N. Charles Street, Suite 2101
Baltimore, MD  21201
(410) 752-9300
JBerlage@GHSLLP.com

Michael Dell Long, Esq.
Long Law PDX
621 SW Morrison Street, Suite 1420
Portland, Oregon 97205
(503) 804-0480
mlong@longlawpdx.com

**Defendant's Counsel:**

Charles A. Arcodia, Esq.
Law Office of Charles A. Arcodia
14346 Jarrettsville Pike, Suite 3
Phoenix, Maryland 21131
(410) 628-1401
carcodia@arcodialaw.com

**I.        Brief Statement of Facts to Prove and Legal Theories – Plaintiff**

Plaintiff Under A Foot Plant, Co. ("UAFPC") is a business which markets and sells the "STEPABLES®" line of perennial plants, which are conducive to foot traffic and used in pathways, walkways, and borders and to replace grass lawns.  UAFPC's president Frances White created the 24 Images at issue in this case, all of which have been registered with the U.S. Copyright Office.  UAFPC has a valid copyright in all 24 images, including the 21 images already found valid by this Court.  [Doc. 65 at 8-9.]

Defendant Exterior Design, Inc. ("EDI") is a wholesale nursery and plant distributor which conducts business under the names, "The Perennial Farm," "Treadwell Perennials," and "Perennial Farm Marketplace."  Defendant developed the "Treadwell Plants" product line, and markets and sells its plant products via brochures, print, and online media, including at least four websites.  EDI copied and used all 24 Images from UAFPC's brochure and website in its own marketing materials, including on defendant's website and on a trade show booth display, including the 12 images this Court has already found to be copied and used.  [Doc. 65 at 12-13.]  EDI's copying and using the Images violated the Copyright Act and injured UAFPC.

**II.       Brief Statement of Facts to Prove and Legal Theories – Defendant**

The Defendant denies the Plaintiff owned the subject photographs, Plaintiff never properly filed original photographs to establish any copyright, Defendant was unaware their acts constituted infringement, Defendant had no reason to believe their acts constituted an infringement of any copyright, the Defendant innocently downloaded photographs from the internet which had no indication they were in any way copyrighted and not available to the general public for use. Once advised by the Plaintiff the photos were allegedly hers the Defendants ceased to use these photographs in a timely manner in a great expense to the Defendant. The Treadwell line constitutes

less than 2% of Defendants business. The Plaintiff incurred no damages as a result of any alleged infringement. The Defendants are farmers who grow plants. The Plaintiff is not a farmer and does not grow any plants.

### III.     Abandonment of Issues in Pleadings

Defendant filed a motion dismissing 2 counts of the Complaint which was granted.  The Parties have abandoned those counts.  Otherwise, neither party has abandoned any issue raised in its pleadings.

### IV.     Stipulations of Fact

Plaintiff sought stipulation to all facts found by this Court in its Memorandum Opinion of September 1, 2017 [Doc. 65].  The Defendant does not stipulate.

### V.      Damages Claimed

UAFPC's expert witness Jeffrey Sedlik (identified in Section VII *infra*) states in his report that "EDI, in seeking to purchase licenses for the Photographs from UAFPC, would have been reasonably required to pay between $1,585,543.50 and $3,171,087.00 for [licenses for the infringed Images]." Alternatively, UAFPC is entitled to elect statutory damages for willful copyright infringement, in the range of $30,000 to $150,000 per work infringed.  UAFPC asserts that, because EDI willfully infringed all 24 Images, statutory damages range from $72,000.00 to $3,600,000, plus reasonable attorneys' fees and costs.

The Defendant does not believe the Plaintiff is entitled to any damages and even if awarded damages is not entitled to attorney fees.

**VI.** **Exhibits**

    **A.** **Plaintiff's Exhibits[1]**

Plaintiff UAFPC expects to rely on the following exhibits, either by offering them or by reserving the right to offer them if the need arises:

1. Exhibit A to First Amended Complaint (Photos 01 - 19)    p00001-00019
2. Exhibit A-1 to First Amended Complaint (Photos 20 - 21)    p00020-00021
3. Exhibit A-2 to First Amended Complaint (Photos 22 -24)    p00022-00027
4. Exhibit B to First Amended Complaint    p00028-00113
5. Exhibit B-1 to First Amended Complaint    p00114-00121
6. Exhibit C to First Amended Complaint    p00122
7. Exhibit D to First Amended Complaint    p00123-00124
8. Treadwell Poster - Original    p00125
9. Emails between F. White, E. Kiley and R. Watson    p00126-00144
10. C&D Letter    p00145-00153
11. ESI Letter    p00154-00157
12. The Perennial Farm Website 100815    p00171
13. Documentation of Photos (01-21)    p00172-00214
14. The Perennial Farm 2012 Wholesale Nursery Catalog    p00215-00219
15. Stressometer    p00220

---

[1] Defendant objects to the introduction of Plaintiff's exhibits in total and will require the Plaintiff to establish ownership, authorship, legal procurement and possession and non-alteration of any photographs. The Defendant reserves the right to object to the introduction of any copyright application with providing the original photos in conjunction with the applications. Defendant objects to the introduction of exhibits exchanged in discovery unless establishing a relevant basis for the introduction of the same.

| | |
|---|---|
| 16. Treadwell Perennials Great Garden Ideas Brochure | pp00221 |
| 17. Treadwellplants.com Isotoma Fluviatilis Webpage | p00222 |
| 18. Treadwell Prebook 2011 | p00223-00226 |
| 19. PerennialFarm.com Marketing Tools 2011 | p00227 |
| 20. Growingforyou.com Treadwell Pages 2011 | p00228-00231 |
| 21. Perennialfarm.com Whats New for 2011 | p00233-00238 |
| 22. Treadwellplants.com Waterproof Benchcard | p00248 |
| 23. Treadwell Perennials 2006 Brochures | p00249-00250 |
| 24. Green Dot Brochures | p00251-00258 |
| 25. Stepables PR and Articles | p00259-00266 |
| 26. Treadwell Poster "For Your Walkways" | p00267 |
| 27. Perennial Farm Catalog excerpts | p00268-00269 |
| 28. Isotoma_Fluviatilis_Close_Up_1-Zipped | p00270-00274 |
| 29. Sagina_Subulata_Irish_Moss_Zipped.zip | p00275-00279 |
| 30. Isotoma_Fluviatilis_Close_Up_2_Zipped.zip | p00280-00284 |
| 31. UAFPC Original Photographs #1 - #24 | p00294-00295 |
| 32. F White Notes on Great Garden Ideas Brochure | p00296 |
| 33. Treadwellplants.com 9/13/2011 | p00301-00305 |
| 34. UAFPC Website Use Agreement | p00306-00314 |
| 35. 2005 Stepables Website Back End Rules | p00315-00324 |
| 36. UAFPC 2015 Website Policies | p00335-00338 |
| 37. American Nurseryman Article Nov 2012 | p00362-00372 |
| 38. Greenhouse Grower Article April 2010 | p00373-00374 |

| | |
|---|---|
| 39. 2007 GrowingforYou.com | p00387-00401 |
| 40. 2008 GrowingforYou.com | p00402-00439 |
| 41. 2009 GrowingforYou.com | p00440-00477 |
| 42. 2010 GrowingforYou.com | p00478-00515 |
| 43. 2011 GrowingforYou.com | p00516-00553 |
| 44. 2012 GrowingforYou.com | p00554-00591 |
| 45. 2013 GrowingforYou.com | p00592-00629 |
| 46. 2014 GrowingforYou.com | p00630-00666 |
| 47. 2015 GrowingforYou.com | p00667-00703 |
| 48. 2016 GrowingforYou.com | p00704-00734 |
| 49. 2008 GrowingforYou.com/treadwellplants | p00775-00802 |
| 50. 2010 GrowingforYou.com/treadwellplants | p00906-00923 |
| 51. 2006 Catalog | p01532-01602 |
| 52. 2007 Catalog | p01603-01617 |
| 53. 2011 Catalog | p01626-01640 |
| 54. 2012 Catalog | p01641-01655 |
| 55. 2013 Catalog | p01716-01824 |
| 56. 2015 Catalog | p01825-01903 |
| 57. 2016 Catalog | p01904-01980 |
| 58. PerennialFarm.com 2007 | p01999-02015 |
| 59. PerennialFarm.com 2008 | p02016-02032 |
| 60. Perennial Farm.com 2007 | p02086-02114 |
| 61. 2007-2006 Catalog | p02116-02167 |

62. 2008 PerennialFarm.com                                        p02246-02265

63. 2008-2006 Catalog                                             p02321-02335

64. 2009-2006 Catalog                                             p02590-02641

65. 2010 PerennialFarm.com                                        p02683-02701

66. 2010-2006 Catalog                                             p02722-02736

67. 2011 PerennialFarm.com                                        p02737-02753

68. 2011-2006 Catalog                                             p02868-02919

69. Perennial Farms Downloadable Catalog 2012                     p02950,-02967

70. 2012-2006 Catalog                                             p03031-03082

71. Perennial Farms Downloadable Catalog 2013                     p03101-03115

72. Perennial Farms Downloadable Catalog 2014                     p03232-03247

73. PerennialFarm.com website                                     p03333-03334

74. PerennialFarm.com 2015                                        p03335

75. PerennialFarm.com                                             p03354

76. PerennialFarm.com 2016                                        p03376

77. Great Garden Ideas/Green Dot Brochure/Downloadable            p03877

78. Social Media/Facebook and Pinterest                           p04165-04168

79. Treadwell Perennial Big Barn 2008                             p04177-04178

80. Treadwell Perennial Big Barn 2010                             p04179-04180

81. Treadwell Perennial Big Barn 2011                             p04181-04182

82. Treadwell Perennial Big Barn 2012                             p04183-04184

83. Treadwell Perennial Big Barn 2013                             p04185-04186

84. TreadwellPlants.com 2016 Evidence of Brochure Distribution    p05000

| | | |
|---|---|---|
| 85. | Treadwell Plants 2011 Design Ideas | p05001 |
| 86. | Pinterest Pictures | p05002-05003 |
| 87. | Treadwell Plants 2014 Design Ideas | p05004 |
| 88. | Perennial Farms Printed Catalog 2012 | p05005-05006 |
| 89. | Perennial Farms Downloadable Catalog 2015 | p05007 |
| 90. | Perennial Farms Printed Catalog 2012 | p05008-05009 |
| 91. | Perennial Farms Printed Catalog 2013 | p05010 |
| 92. | Perennial Farms Printed Catalog 2015 | p05011-05012 |
| 93. | Treadwell Poster Printed and Insets | p05013-05015 |
| 94. | Plant Coroplast Sign v.2 | p05016 |
| 95. | Big Treadwell Office Banner | p05017-05018 |
| 96. | TreadwellPlants Splash Page | p05019 |
| 97. | Ruler offered in Marketing Materials Brochure | p05020-05021 |
| 98. | Perennial Farm Treadwell Brochures 2013 | p05022-05034 |
| 99. | Supplemental Photo Creation Documentation | p05035-05040 |
| 100. | Photo Value and Brand Equity | p05041-05045 |
| 101. | Stress Ruler | Original |
| 102. | Great Garden Ideas Brochure - Green Dot | Original |
| 103. | Landscaper's Choice Brochure - Green Dot | Original |
| 104. | How to Guide Brochure - Green Dot | Original |
| 105. | Marketing Tools - Green Dot | Original |
| 106. | Landscaper's Choice Brochure - Yellow Dot | Original |
| 107. | Printed Catalog 2013 | |

108.   All attachments to UAFPC's Motion for Partial Summary Judgment

109.   All attachments to the expert report of Jeffrey Sedlik

110.   Screen captures, metadata (including descriptive, structural and administrative metadata) and source code regarding Defendant's websites

111.   Copyright certificates for individual photos (attached to Frances White's Declaration as Exhibit 1)

112.   Exhibits from Plaintiff's Motion for Partial Summary Judgment re: Copyright Infringement

Plaintiff expressly reserves its rights to use any documents listed in Defendant's Exhibit List. Plaintiff also expressly reserves the right to identify any document or evidence already produced to Defendant, in discovery or otherwise, as an additional exhibit in the event Plaintiff intends to rely on such evidence.

**B.   Defendant's Exhibits[2]**

1. All documents provided in discovery

2.. All catalogs including modified catalogs following Plaintiff indicating her photos contained in the same.

3. Waterproof bench cards/display cards.

4. Signs banners posted exchanged in discovery.

5. Defendants websites.

6. Photos exchanged in discovery.

---

[2] Plaintiff objects to Defendant's Exhibit List as violating this Court's order [Doc. 70 at 3] and Local Rule 106(2)(h) ("A listing of each document or other exhibit"). Plaintiff also objects to the introduction of any evidence not previously produced in discovery, including evidence acquire from third-party witnesses. Plaintiff cannot reasonably interrogate any document referenced in this list before the pretrial conference.

    7. Plant tags.

    8. Websites of others asserting apparent ownership over some of the photos at issue in this case (through watermarks, copyright registrations.

    9. Sample websites and materials showing going prices for stock photos, both for limited printing runs and for outright ownership.

    10.     Plaintiff's copyright registrations for the alleged copyrighted photos with or without original photos.

    11.     Exhibits previously listed by Plaintiffs:

- UAFPC Documents Produced      p00158,
- UAFPC Documents Produced      p00227-00248,
- UAFPC Documents Produced      p01615,
- Perennial Farms Printed Catalog 2013      p01741,
- Perennial Farms Printed Catalog 2013      p01775,
- UAFPC Documents Produced      p01793,
- Perennial Farms Printed Catalog 2013      p01802,
- Perennial Farms Printed Catalog 2013      p01807,
- Pinterest Picture      p04168
- UAFPC Documents Produced      p05012
- UAFPC Documents Produced      p05014
- TW Poster      p05015
- TW Poster      p05054
- UAFPC Documents Produced      p05055-05057

## VII. Witnesses

### A. Plaintiff's Witnesses

#### 1. Expert Witnesses

Jeffrey Sedlik – Actual Damages
50 North Sierra Madre Blvd., #4
Pasadena CA 91107
(626) 808-0000
*UAFPC expects to present Professor Sedlik.*

#### 2. Fact Witnesses

Frances White
Under A Foot Plant Company
4742 Liberty Road, Suite 326
Salem, Oregon 97302-5000
(503) 581-8915
*UAFPC expects to present Ms. White.*

Craig White
Under A Foot Plant Company
4742 Liberty Road, Suite 326
Salem, Oregon 97302-5000
(503) 581-8915
*UAFPC expects to present Mr. White.*

### B. Defendant's Witnesses[3]

#### 1. Expert Witnesses[4]

Rick Watson, Perennial Farms, 12017 Glen Arm Road, Glen Arm, MD 21057

Ed Kiley, Perennial Farms, 12017 Glen Arm Road, Glen Arm, MD 21057

Tom Watson, Perennial Farms, 12017 Glen Arm Road, Glen Arm, MD 21057

---

[3] Plaintiff objects to Defendant's Witness list for failure to include the addresses, phone numbers, and intended use of each witness. Local Rule 106(2)(i)-(j).

[4] Defendant's expert witnesses are the subject of a pending motion to strike their reporters and disqualify them as expert witnesses. Rick Watson, Ed Kiley, and Tom Watson have not produced expert reports or otherwise identified any expert testimony.

Tim Strasdauskas, 12017 Glen Arm Road, Glen Arm, MD 21057

Edward Cammer

Robert Lovejoy, HIP, PO Box 10826, Greensboro, NC 27404.

### 2. Fact Witnesses

Rick Watson

Tom Watson

Ed Kiley

Mary Hall

Rich Poulin

Larry Hurley

Tim Strasdaukas

Ed Cammer

Robert Lovejoy

## VIII. Deposition Testimony

Plaintiff UAFPC may rely, should the need arise, on the deposition testimony of Richard Watson, Thomas Watson, and Ed Kiley, along with any exhibits to those depositions. Because there is a motion pending to strike Defendant EDI's expert reports, EDI's proposed experts have not been deposed. *See* Section IX *infra*. If testimony from any future deposition becomes material to trial, UAFPC reserves the right to present that deposition testimony.

Defendant reserves the right to use the entire deposition of the Plaintiff for any purpose including impeachment.

**IX.     Pending Motions and Other Pretrial Relief**

Plaintiff intends to renew its Motion to Strike Defendant's Rebuttal Expert Reports and Disqualify Defendant's Rebuttal Experts [Doc. 71] (the "Motion"), which this Court denied with leave to refile, [Doc. 78] (the "Letter Order"), because Plaintiff believes Defendant has failed to adequately supplement its expert reports. The outcome of the Motion will affect the Witnesses and Exhibits lists in Sections VI and VII *supra*.

**X.     Defendant objects to the introduction of Plaintiff's exhibits.**

IT IS HEREBY ORDERED that this Final Pretrial Order shall control the subsequent course of the action, unless modified by the Court to prevent manifest injustice.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:


ATTORNEYS FOR PLAINTIFF

    /s/  Jan I. Berlage
Jan I. Berlage, Esq.
Gohn, Hankey & Stichel, LLP
201 N. Charles Street, Suite 2101
Baltimore, MD  21201
(410) 752-9300

Michael Dell Long, Esq.
Long Law PDX
621 SW Morrison Street, Suite 1420
Portland, Oregon 97205
(503) 804-0480

ATTORNEY FOR DEFENDANT

     /s/  Charles A. Arcodia
Charles A. Arcodia
14346 Jarrettsville Pike, Suite 3
Phoenix, MD 21131
410-628-1401

Dated:  April 5, 2017