## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNDER A FOOT PLANT, CO.,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **CIVIL NO. 1:15-cv-00871-BPG** |
| **EXTERIOR DESIGN, INC.,** | * | |
| **Defendant.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFF'S PROPOSED JURY VOIR DIRE

Plaintiff Under A Foot Plant, Co. requests the below voir dire questions.  If a prospective juror answers affirmatively, Plaintiff requests that the prospective juror be questioned further to ascertain the particulars relating to his or her affirmative answer.  Plaintiff does not object to the general voir dire questions provided by the Court [Doc. 70-2].

### Statement of the Case

This case involves the alleged use of copyrighted pictures.  Plaintiff asserts that Defendant unlawfully used twenty-four of Plaintiff's images to sell Defendant's products.  There are three primary issues which the jury will decide: (1) whether Plaintiff owns a copyright in the images; and (2) whether Defendant infringed Plaintiff's copyright in those images; and (3) if Defendant did infringe Plaintiff's images, the amount of damage the infringements caused the Plaintiff.

### Question

1.      Have you ever purchased anything from Watson's Fireplace & Patio in Lutherville, Maryland?

1