IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNDER A FOOT PLANT, CO.,** | * | |
| **Plaintiff,** | * | |
| v. | * | **CIVIL NO. 1:15-cv-00871-BPG** |
| **EXTERIOR DESIGN, INC.,** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S PROPOSED VERDICT FORM**[1]

[On the claim of plaintiff <u>Under A Foot Plant, Co.</u> against defendant <u>Exterior Design, Inc.</u> for <u>copyright infringement</u>, we, the undersigned jurors, find in favor of (check one):

[ ] Plaintiff

[ ] Defendant

**Note: Complete the following paragraphs only if the above finding is in favor of plaintiff <u>Under A Foot Plant, Co.</u>**]

<u>The Court has already found that plaintiff Under A Foot Plant, Co. has a valid copyright in 21 of the 24 Images in this case.  Of the remaining 3 images, we, the undersigned jurors, find that plaintiff Under A Foot Plant, Co. has a valid copyright in _____ (fill in number) images.</u>

---

[1] Defendant objects to Plaintiff first question as it does not include all the elements and requirements to establish copyright infringement. Defendant also objects as the jury must decide infringement on each and every photo alleged and not in group mass.  Defendant objects to the inclusion of any findings of the court on the verdict sheet as this information should be provided to the jury during instruction if and only if the trial court confirms.  Defendant objects to the remaining questions as they do not include the necessary elements to prove and warrant damages and should not be in total but by individual photograph which allegedly was infringed.

The Court has already found that defendant Exterior Design, Inc. infringed 12 of the 24 Images in this case. Of the remaining 12 Images, we, the undersigned jurors, find that defendant Exterior Design, Inc. infringed _____ (fill in number) images.

We, the undersigned jurors, assess the actual damages of plaintiff Under A Foot Plant, Co. at $_____ (fill in amount) [for [describe]].

We, the undersigned jurors (check one) [  ] do [  ] do not find that defendant Exterior Design, Inc. committed the infringement willfully.

We, the undersigned jurors, assess the statutory damages of plaintiff Under A Foot Plant, Co. at $_____ (fill in amount).

**Authority**: 3B Fed. Jury Prac. & Instr. § 160:99 (6th ed.); 11 U.S.C. § 504(c).