| Exhibit No. | Description | Bates Number |
|---|---|---|
| | **Plaintiff's Exhibits** | |
| 001 | Hopkins Nursery Brochure (excerpt) | |
| 002 | Stepables Owner's Manual and Planting Guide | p03960-03961 |
| 003 | UAFPC Oregon TM - PICK THE RIGHT PLANT FOR THE RIGHT SPOT | |
| 004 | Stepables Ad inside Van Bourgondien Catalog | p00261 |
| 005 | Stepables We Grow Where You Live Brochure | |
| 006 | Article - Stepables Step Up to Television | p00260 |
| 007 | Stepables Ad re Quansett Nurseries | p00263 |
| 008 | Article - Upstate Gardeners Journal | p00264 |
| 009 | Article - A Garden Under Foot | p00265 |
| 010 | Article - Step On Me  (Excerpt) | p00266 |
| 011 | **Good For You Sole Brochure (original brochure)** | |
| 011a | (Front) | |
| 011b | (Inside Left) | |
| 011c | (Inside Right) | |
| 011d | (Back) | |
| 011e | Copyright Registration re Good For Your Sole Brochure | p00022-00023 |
| 012 | **2005 Stepables Website** | |
| 012a | (Home Page) | |
| 012b | (Plant Maintenance Page) | |
| 012c | (I006) | |
| 012d | (I007) | |
| 012e | (I008) | |
| 012f | (I010) | |
| 012g | (I011) | |
| 012h | (I013) | |
| 012i | (I014) | |
| 012j | (I015) | |
| 012k | (I016) | |
| 012l | (I018) | |
| 012m | (I020) | |
| 012n | (I023) | |
| 012o | Copyright Registration re 2005 Stepables Website **(original certificate)** | p00024-00025 |
| 012p | 2005 Copyrighted Site Policies | p00306-00314 |
| 12q | 2005 website back end rules-regs-offerings | p00315-00324 |
| 012r | 2005 Stepables Website Site End Use Policies | p00325-331 |
| 012s | 2015 Stepables Website Policies | p00335 |
| 013 | Article - Greenhouse Grower - August 2004 | |
| 014 | Article - Floral Management - October 2005 | |
| 015 | Stepables Program Confidentiality Agreement | p00348-00350 |
| 016 | UAFPC Contract | p00339-00345 |
| 017 | John Henry Photo Release Form | p00351 |
| 020 | **I001 Thymus Elfin Path** | |
| 020a | "Thymus Elfin Path - DSC01495" | p00001 |
| 020b | Camera Metadata | p00173 |
| 020c | Copyright Registration for Individual Image **(original certificate)** | |
| 021 | **I002 Ajuga Chocolate Chip** | |

| | | | |
|---|---|---|---|
| | 021a | "Ajuga Chocolate Chip with Stone - DSC01920" | p00002 |
| | 021b | Camera Metadata | p00175 |
| | 021c | Copyright Registration for Individual Image **(original certificate)** | |
| 022 | | I003 Mazus Purple Path with Stone | |
| | 022a | "Mazus Purple Path with Stone - DSC05572" | p00003 |
| | 022b | Camera Metadata | p00177 |
| | 022c | Copyright Registration for Individual Image **(original certificate)** | |
| 023 | | I004 Sagina Subulata Aurea 7 Over Rocks | |
| | 023a | "Sagina Subulata 'Aurea' 7 Over Rocks" | p00004 |
| | 023b | Camera Metadata | p00179 |
| | 023c | Copyright Registration for Individual Image **(original certificate)** | |
| 024 | | I005 Isotoma fluviatilis Blue Star Brick Path | |
| | 024a | "Isotoma fluviatilis Blue Star Brick Path - DSC02417" | p00005 |
| | 024b | Camera Metadata | p00181 |
| | 024c | Copyright Registration for Individual Image **(original certificate)** | |
| 025 | | I006 Lotus Plenus | |
| | 025a | "Lotus 'Plenus' - DSC000.tiff" | p00006 |
| | 025b | Camera Metadata | p00183 |
| | 025c | Copyright Registration for Individual Image **(original certificate)** | |
| 026 | | I007 Potentilla neumannianna Nana | |
| | 026a | "Potentilla neumannianna 'Nana' Cinquefoil" | p00007 |
| | 026b | Camera Metadata | p00185 |
| | 026c | Copyright Registration for Individual Image **(original certificate)** | |
| 027 | | I008 Thymus praecox Pseudolanuginosus | |
| | 027a | "Thymus praecox 'Pseudolanuginosus'" | p00008 |
| | 027b | Camera Metadata | p00187 |
| | 027c | Copyright Registration for Individual Image **(original certificate)** | |
| 028 | | I009 Blue Star Creeper Lion Bench | |
| | 028a | "Blue Star Creeper Lion Bench 1" | p000009 |
| | 028b | Camera Metadata | p00189 |
| | 028c | Copyright Registration for Individual Image **(original certificate)** | |
| 029 | | I010 Mazus reptans with Daffodils | |
| | 029a | "Mazus reptans with Daffodils" | p00010 |
| | 029b | Camera Metadata | p00191 |
| | 029c | Copyright Registration for Individual Image **(original certificate)** | |
| 030 | | I011 Irish Moss Stones | |
| | 030a | "Irish Moss Stones" | p00011 |
| | 030b | Camera Metadata | p00193 |
| | 030c | Copyright Registration for Individual Image **(original certificate)** | |
| 031 | | I012 Herniaria glabra | |
| | 031a | "Herniaria glabra - DSC04768" | p00012 |
| | 031b | Camera Metadata | p00195 |
| | 031c | Copyright Registration for Individual Image **(original certificate)** | |
| 032 | | I013 Sedum Spurium 'John Creech | |
| | 032a | "Sedum Spurium 'John Creech' Close Up" | p00013 |
| | 032b | Camera Metadata | p00197 |
| | 032c | Copyright Registration for Individual Image **(original certificate)** | |
| 033 | | I014 Thymus praecox Coccineus | |

| | | | |
|---|---|---|---|
| | 033a | "Thymus praecox 'Coccineus'" | p00014 |
| | 033b | Camera Metadata | p00199 |
| | 033c | Copyright Registration for Individual Image **(original certificate)** | |
| 034 | | I015 Thymus doerfleri Doone Valley | |
| | 034a | "Thymus doerfleri 'Doone Valley'" | p00015 |
| | 034b | Camera Metadata | p00201 |
| | 034c | Copyright Registration for Individual Image **(original certificate)** | |
| 035 | | I016 Mentha requienni Corsican Mint | |
| | 035a | "Mentha requienni Corsican Mint" | p00016 |
| | 035b | Camera Metadata | p000203 |
| | 035c | Copyright Registration for Individual Image **(original certificate)** | |
| 036 | | I017 Sedum spurium John Creech | |
| | 036a | "Sedum spurium 'John Creech'" | p00017 |
| | 036b | Camera Metadata | p00205-00206 |
| | 036c | Copyright Registration for Individual Image **(original certificate)** | |
| 037 | | I018 Thymus serphyllum Elfin Thyme | |
| | 037a | "Thymus serphyllum 'Elfin Thyme' Close Up" | p00018 |
| | 037b | Camera Metadata | p00208 |
| | 037c | Copyright Registration for Individual Image **(original certificate)** | |
| 038 | | I019 Veronica Repens Sunshine Speedwell | |
| | 038a | "Veronica Repens Sunshine Speedwell" | p00019 |
| | 038b | Camera Metadata | p00210 |
| | 038c | Copyright Registration for Individual Image **(original certificate)** | |
| 039 | | I020 Mazus Repens Close-Up | |
| | 039a | "Mazus repens Close-Up" | p00020 |
| | 039b | Camera Metadata | p00212 |
| | 039c | Copyright Registration for Individual Image **(original certificate)** | |
| 040 | | I021 Meuhlenbeckia Axillaria Nana | |
| | 040a | I021 Meuhlenbeckia Axillaria Nana | p00021 |
| | 040b | Camera Metadata | p00214 |
| | 040c | Copyright Registration for Individual Image **(original certificate)** | |
| 041 | | I022 Isotoma fluviatilis Blue Star Creeper Close Up 1 | |
| | 041a | "Isotoma fluviatilis Blue Star Creeper Close Up 1" | p00270 |
| | 041b | Photo Description and Camera Metadata | p00272 |
| 042 | | I023 Sagina subulata ((Irish Moss) | |
| | 042a | "Sagina subulata (Irish Moss)" | p00275 |
| | 042b | Camera Metadata | p00277 |
| 043 | | I024 Isotoma fluviatilis Blue Star Creeper Close Up 2 | |
| | 043a | "Isotoma fluviatilis Blue Star Creeper Close Up 2 Copy (2) of DSC01756" | p00280 |
| 044 | | Summary Exhibit #1 - #24" | |
| 046 | | TreadwellPlants.com Flash Page 20111122 | p05019 |
| 047 | | TreadwellPlants.com "Website Coming Soon" 20101223 | p00047 |
| 048 | | White Notes on Great Garden Ideas Brochure 20110301 | p00296 |
| 049 | | PerennialFarm.com/WhatsAvailable/2011HotNewPlants.html 20110207 | p03378 |
| 050 | | PerennialFarm.com/WhatDoWeGrow/Perennials.html 20110207 | p02738 |
| 052 | | GrowingForYou.com/Treadwell.html 20110613 | p00228-00231 |
| 053 | | Perennial Farm - AboutUs - Spring 2011 TreadwellPlants.com Plant Profiles 20110913 | p00300-00305 |

| | | | |
|---|---|---|---|
| 054 | | Tradeshow Display | p00040 |
| 055 | | Tradeshow Display | p00046 |
| 056 | | Treadwell Perennials Brochure 20061100 **(original brochure)** | p00249-00250 |
| 057 | | **Treadwell Brochures 20110100 (original brochures)** | |
| | 057a | "Great Garden Ideas" Brochure | p00251-00252 |
| | 057b | "How-To Guide" Brochure | p00253-00254 |
| | 057c | "Marketing Tools" Brochure | p00255-00256 |
| | 057d | "The Landscaper's Choice" Brochure | p00257-00258 |
| 058 | | The Perennial Farm 2012 Wholesale Nursery Catalog **(original catalog)** | p00215 |
| 059 | | Stressometer **(original item)** | p00052 |
| 060 | | Treadwell Wall Poster **(original item)** | p00267 |
| 062 | | Treadwell Great Garden Ideas Brochure (Back) | p00030 |
| 064 | | Treadwell Great Garden Ideas Brochure (Back) | p00042 |
| 065 | | Perennial Farm Plant Catalog (excerpt) | p00035 |
| 066 | | **Emails Between Ed Kiley (Perennial Farms) and Fran White** | |
| | 066a | 20120710 1003 AM Ed to Fran | p00126-00127 |
| | 066b | 20120710 1023 AM Fran to Ed | p00128-00131 |
| | 066c | 20120710 1027 AM Ed to Fran | p00132-00136 |
| | 066d | 20120711 0208 PM Ed to Fran | p00137 |
| | 066e | 20120711 0208 PM Ed to Fran (Photo Attachments) | p00138-00140 |
| | 066f | 20120711 0245 PM Fran to Ed | p00141-00144 |
| 067 | | TreadwellPlants.com 20140500 | p00028 |
| 068 | | TreadwellPlants.com 20140500 | p00029 |
| 069 | | TreadwellPlants.com 20140500 | p00032 |
| 070 | | TreadwellPlants.com 20140500 | p00041 |
| 071 | | TreadwellPlants.com 20140500 | p00049 |
| 072 | | TreadwellPlants.com 20140500 | p00057 |
| 073 | | TreadwellPlants.com 20140500 | p00059 |
| 074 | | TreadwellPlants.com 20140500 | p00070 |
| 075 | | TreadwellPlants.com 20140500 | p00074 |
| 076 | | TreadwellPlants.com 20140500 | p00076 |
| 077 | | TreadwellPlants.com 20140500 | p00061 |
| 078 | | TreadwellPlants.com 20140500 | p00066 |
| 079 | | TreadwellPlants.com 20140500 | p00068 |
| 082 | | **I001 Thymus Elfin Path** | |
| | 082a | PerennialFarmMarketplace.com 20140500 | p00031 |
| 083 | | **I002 Ajuga Chocolate Chip** | |
| | 083a | 2012 Catalog | p00034 |
| | 083c | Facebook 20140500 | p00037 |
| | 083d | 2014 Catalog | p00038 |
| | 083e | Tradeshow Display Murals | p00039 |
| | 083f | 2013 Catalog | p01741 |
| | 083g | Pinterest Perennialfarm.com 20151112 | p04165 |
| 084 | | **I003 Mazus Purple Path with Stone** | |
| | 084a | Facebook 20140500 | p00044 |
| | 084b | Tradeshow Display Murals | p00045 |
| | 084d | TreadwellPlants.com Benchcards | p00248 |
| 085 | | **I004 Sagina Subulata Aurea 7 Over Rocks** | |

| | | | |
|---|---|---|---|
| | 085a | TreadwellPlants.com 20140500 | p00048 |
| | 085b | TreadwellPlants.com 20140500 | p00050 |
| | 085c | Treadwell Landscaper's Choice Brochure 20110100 | p00051 |
| | 085d | Pinterest | p00054 |
| | 085e | 2012 Catalog | p00055 |
| | 085f | 2012 Catalog | p00056 |
| | 085g | Treadwell 2011 Program | p05020 |
| | 085h | Treadwell Prebook 2011 Form | p5021 |
| 086 | | I005 Isotoma fluviatilis Blue Star Brick Path | |
| | 086a | Treadwell "How-To Guide" Brochure 20110100 | p00058 |
| | 086b | PerennialFarm.com/WhatsAvailable/2011HotNewPlants.html 20110207 | p00060 |
| 087 | | I006 Lotus Plenus | |
| | 087a | Treadwell Landscaper's Choice Brochure (Back) 20110100 | p00064 |
| 088 | | I007 Potentilla neumannianna Nana | |
| | 088a | Treadwell Landscaper's Choice Brochure (Back) 20110100 | p00067 |
| 089 | | I008 Thymus praecox Pseudolanuginosus | |
| | 089a | Treadwell Landscaper's Choice Brochure (Back) 20110100 | p00069 |
| 090 | | I009 Blue Star Creeper Lion Bench | |
| | 090a | 2014 Catalog | p00071 |
| | 090b | PerennialFarm.com Catalog 2014 | p00072 |
| | 090c | PerennialFarmMarketplace.com 20140500 | p00073 |
| | 090d | Pinterest/TreadwellPlants.com 20151112 | p04168 |
| 091 | | I010 Mazus reptans with Daffodils | |
| | 091a | PerennialFarmMarketplace.com 20140500 | p00075 |
| 092 | | I011 Irish Moss Stones | |
| | 092a | PerennialFarmMarketplace.com 20140500 | p00077 |
| | 092b | GrowingForYou.com/Treadwell.html 20140500 | p00078 |
| | 092c | 2014 Catalog | p00079 |
| | 092d | PerennialFarm.com Catalog 2014 | p00080 |
| | 092e | 2013 Catalog | p01802 |
| | 092f | Pinterest GrowingForYou.com 20151220 | p05002 |
| | 092g | Pinterest/TreadwellPlants.com 20140926 | p05003 |
| | 092h | TreadwellPlants.com 20140500 | p05004 |
| 093 | | I012 Herniaria glabra | |
| | 093a | 2013 Catalog | p01775 |
| | 093b | 2014 Catalog | p00081 |
| | 093c | PerennialFarm.com Catalog 2014 | p00082 |
| | 093d | PerennialFarmMarketplace.com 20140500 | p00084 |
| 094 | | I013 Sedum Spurium 'John Creech | |
| | 094a | Treadwell Perennials Brochure (back) 20061100 | p00088 |
| | 094b | GrowingForYou.com/Treadwell.html 20140500 | p00087 |
| | 094c | 2012 Catalog | p05005 |
| | 094d | 2012 Catalog | p05006 |
| | 094e | 2013 Catalog | p01807 |
| | 094f | 2014 Catalog | p00085 |
| | 094g | 2014 Catalog | p00086 |
| | 094h | PerennialFarmMarketplace.com 20140500 | p00089 |
| | 094i | PerennialFarmMarketplace.com 20140500 | p00090 |

| | | | |
|---|---|---|---|
| | 094j | Perennial Farm Plant Catalog 2007 | p01615 |
| | 094k | Perennial Farm Plant Catalog 2008 | p02333 |
| | 094l | PerennialFarm.com/WhatsAvailable/2009HotNewPlants.html | p02684 |
| | 094m | Perennial Farm Plant Catalog 2010 | p02734 |
| 095 | | I014 Thymus praecox Coccineus | |
| | 095a | PerennialFarm.com Catalog 2013 2006 Perennials.pdf | p000091 |
| | 095b | PerennialFarm.com Catalog 2014 | p00092 |
| | 095c | Perennial Farm Plant Catalog 2006 | p01580 |
| | 095d | Perennial Farm Plant Catalog 2007 | p02165 |
| | 095e | Perennial Farm Plant Catalog 2009 | p02638 |
| | 095f | Perennial Farm Plant Catalog 2011 | p02916 |
| | 095g | Perennial Farm Plant Catalog 2012 | p03079 |
| 096 | | I015 Thymus doerfleri Doone Valley | |
| | 096a | 2012 Catalog | p05008 |
| | 096b | 2012 Catalog | p05009 |
| | 096c | 2013 Catalog | p05010 |
| | 096d | 2014 Catalog | p00093 |
| | 096e | PerennialFarm.com Catalog 2014 | p00094 |
| | 096f | PerennialFarmMarketplace.com 20140500 | p00095 |
| | 096g | PerennialFarmMarketplace.com 20140500 | p00096 |
| | 096h | 2015 Catalog | p00268 |
| | 096i | PerennialFarm.com Catalog 2015 | p05007 |
| 097 | | I016 Mentha requienni Corsican Mint | |
| | 097a | TreadwellPlants.com 20140500 | p00098 |
| | 097b | TreadwellPlants.com 20140500 | p00097 |
| | 097c | PerennialFarmMarketplace.com 20140500 | p00099 |
| | 097d | PerennialFarmMarketplace.com 20140500 | p00100 |
| | 097e | Treadwell Landscaper's Choice Brochure 20161129 | p05000 |
| | 097f | Pinterest/TreadwellPlants.com 20151112 | p04166 |
| | 097g | Treadwell Large Poster | p00125 |
| | 097h | Big TW Office Banner | p05017 |
| | 097i | Big TW Office Banner | p05018 |
| 098 | | I017 Sedum spurium John Creech | |
| | 098a | TreadwellPlants.com 20140500 | p00101 |
| | 098b | TreadwellPlants.com 20140500 | p00102 |
| | 098c | PerennialFarmMarketplace.com 20140500 | p00103 |
| | 098d | PerennialFarmMarketplace.com 20140500 | p00104 |
| 099 | | I018 Thymus serphyllum Elfin Thyme | |
| | 099a | TreadwellPlants.com 20140500 | p00105 |
| | 099b | TreadwellPlants.com 20140500 | p00106 |
| | 099d | TreadwellPlants.com 20140500 | p00108 |
| | 099e | PerennialFarmMarketplace.com 20140500 | p00109 |
| | 099f | PerennialFarmMarketplace.com 20140500 | p00110 |
| 100 | | I019 Veronica Repens Sunshine Speedwell | |
| | 100a | TreadwellPlants.com 20140500 | p00112 |
| | 100b | PerennialFarmMarketplace.com 20140500 | p00113 |
| | 100c | Perennial Farm Tag | p05011 |
| | 100d | Treadwell Large Poster | p05013 |

| | | |
|---|---|---|
| | 100e | Big TW Office Banner | p05017 |
| | 100f | Big TW Office Banner | p05018 |
| | 100g | Pinterest/TreadwellPlants.com 20151112 | p04167 |
| 101 | | I020 Mazus Repens Close-Up | |
| | 101a | Treadwell Perennials Brochure (back) 20061100 | p00114 |
| | 101b | TreadwellPlants.com 20150604 | p00115 |
| 102 | | I021 Meuhlenbeckia Axillaria Nana | |
| | 102a | PerennialFarmMarketplace.com 20141026 | p00116 |
| | 102b | PerennialFarmMarketplace.com 20150501 | p00117 |
| | 102d | 2012 Catalog | p00118 |
| | 102e | 2013 Catalog | p01793 |
| | 102f | 2014 Catalog | p00119 |
| | 102g | 2015 Catalog | p00269 |
| | 102h | 2015 Catalog | p00120 |
| | 102i | PerennialFarmMarketplace.com 20151112 | p05012 |
| 103 | | I022 Isotoma fluviatilis Blue Star Creeper Close Up 1 | |
| | 103a | Poster Comparison | p00273 |
| | 103b | Tag Comparison | p00274 |
| | 103c | Poster Inset | p05015 |
| 104 | | I023 Sagina subulata ((Irish Moss) | |
| | 104a | Poster Comparison | p00278 |
| | 104b | POP Comparison | p00279 |
| | 104c | Poster Inset | p05014 |
| 105 | | I024 Isotoma fluviatilis Blue Star Creeper Close Up 2 | |
| | 105a | Treadwell Landscaper's Choice Brochure (Back) 20110100 | p00283 |
| | 105b | Brochure Comparison | p00284 |
| 106 | | Website Links to Downloads | |
| | 106a | Perennial Farm 2012 Catalog Download Link | p02950 |
| | 106b | Perennial Farm 2013 Catalog Download Link | p03101 |
| | 106c | Perennial Farm 2014 Catalog Download Link | p03232 |
| | 106d | TreadwellPlants.com Marketing Tools Download Link | p03837-03839 |
| | 106e | TreadwellPlants.com Marketing Tools Download Link | p04046 |
| | 106f | TreadwellPlants.com Landscapers Choice Brochure Download Link | p04121 |
| 107 | | Pick The Right Plant For The Right Spot | |
| | 107a | GrowingForYou.com/Treadwell | p00775 |
| | 107b | GrowingForYou.com/Treadwell | p00906 |
| 108 | | PerennialFarm.com Website | |
| | 108a | Home Page | p01999-02015 |
| | 108b | Home Page | p02086 |
| | 108c | Home Page | p02016-02032 |
| | 108d | PerennialFarm.com/WhatDoWeGrow/Perennials.html 20090620 | p00122 |
| | 108e | PerennialFarm.com/WhatDoWeGrow/Perennials.html 20100815 | p02246 |
| 109 | | GrowingForYou.Com | |
| | 109a | Home Page | p00387-00389 |
| | 109b | Treadwell.html | p00402-00414 |
| | 109c | Treadwell.html | p00630-00634 |
| 110 | | GrowingForYou.com/Treadwell | p00402-00414 |
| 111 | | Treadwell Prebook 2011 Form | p00223-00226 |

| | | | |
|---|---|---|---|
| 112 | TreadwellPlants.com Marketing Items | | p03877 |
| 113 | Article - Greenhouse Grower - August 2010 | | p00373-00374 |
| 114 | Article - Greenhouse Grower - August 2013 | | p00123-00124 |
| 116 | GrowingForYou.com/Treadwell.html 20151024 | | p00285-00289 |
| 118 | Exhibits to Expert Report of Jeffrey Sedlik | | |
| | 118a | Ex. A - Curriculum Vitae | |
| | 118b | Ex. B - Materials Considered | |
| | 118c | Ex. C - Table of Images | |
| | 118d | Ex. D - Visual Index of Images | |
| | 118e | Ex. E - Table of Usages | |
| | 118f | Ex. F - Visual Index of Usages | |
| | 118g | Ex. G - Table of Usages, by Image | |
| | 118h | Ex. H - Table of License Types | |
| | 118i | Ex. I - Table of Licenses | |
| | 118j | *PLACEHOLDER - INTENTIONALLY OMITTED* | |
| | 118k | Ex. K - Table of Market Rate Calculations | |
| | 118l | Ex. L - License Fee Adjustment | |
| | 118m | Ex. M - Table of License Fees | |
| | 118N | *PLACEHOLDER - INTENTIONALLY OMITTED* | |
| | 118o | Ex. O - Agency Stock Quotes Combined | |
| | 118p | Ex. P - Image Feature Comparison | |

**Defendant's Exhibits**

| | |
|---|---|
| 1 | Plant Tags **(original item)** |
| 2 | Treadwell broken path photo |
| 3 | Treadwell "For a path Well Travelled" with water marked photos |
| 4 | Poster Board (steps) **(original item)** |
| 5 | Tommy Treadwell Photo Trade Show |
| 6 | Treadwell 8- 2x3 photos |
| 7 | Ex#6 with generator information |
| 8 | Deerlicious Photo |
| 9 | Deerlicious display |
| 10 | Deerlicious at farm |
| 11 | Deerlicious photo at center |
| 12 | Catalog 2014 **(original item)** |
| 13 | Catalog 2015 **(original item)** |
| 14 | Treadwell Brochure "The Landscaper's Choice" page 1 **(original item)** |
| 15 | Treadwell photo brick wall |
| 16 | Brochure "Landscaper's Choice" page 2 **(original item)** |
| 17 | Brochure " Great Gardens" page 2 **(original item)** |
| 18 | Appropriate photo |
| 19 | Amitage photo with Tommy placard, display and QR tag |
| 20 | Deerlicious in greenhouse |
| 21 | Steps poster board with water marks |
| 22 | #21 Steps poster board **(original item)** |
| 23 | Poster board 4 vertical photos **(original item)** |
| 24 | Back drop **(original item)** |

| | |
|---|---|
| 25 | Bench poster board without watermarks and list of garden centers, nurseries and landscapers |
| 26 | *PLACEHOLDER - INTENTIONALLY OMITTED* |
| 27 | *PLACEHOLDER - INTENTIONALLY OMITTED* |
| 28 | Plant displays Deerlicious and Treadwell |
| 29 | Treadwell plants display in greenhouse |
| 30 | *PLACEHOLDER - INTENTIONALLY OMITTED* |
| 31 | Brochure "Great Garden Ideas" page 1 |
| 32 | Photos followed by iStock information |
| 33 | *PLACEHOLDER - INTENTIONALLY OMITTED* |
| 34 | Garden Photos with Copyright watermarks |
| 35 | *PLACEHOLDER - INTENTIONALLY OMITTED* |
| 36 | All HD Wallpaper website printout |
| 37 | Stepping Stones - Stock Image with jpg properties |
| 38 | Chicago Botanic Garden - Photography in the Garden |
| 39 | Shutterstock Pricing Plans |
| 40 | Mount Royal Printing Co., Inc. Invoice dated July 31, 2012 |
| 41 | Shutterstock Invoice/Receipt dated October 4, 2015 |
| 42 | iStockphoto LP Purchase Receipted dated July 11, 2012 |
| 43 | 9 photographs with Stock File ID and License Information |
| 44 | Subscription information regarding photograph and video credits |
| 45 | *PLACEHOLDER - INTENTIONALLY OMITTED* |
| 46 | iStock Invoice dated October 05, 2016 |
| 47 | 34 photographs with iStock File ID and License Information |
| 48 | Photograph use chart with accompanying use identifications |
| 49 | Jeepers Creepers website printout |
| 50 | Page 1 Treadwell "The Landscaper's Choice for a path well traveled" Brochure **(original item)** |
| 51 | Page 1 Treadwell "for a path well traveled" Brochure |
| 52 | Page 2 of Brochure for plants designed to handle heavy traffic, medium traffic and complimentary **(original item)** |
| 53 | Treadwell Plant Tag for Sunshine Creeping Speedwell **(original item)** |
| 54 | Email from Robert Lovejoy dated September 10, 2015 |
| 55 | Treadwell Perennials "Great Garden Ideas" Brochure |
| 56 | Treadwell "The Landscaper's Choice ... for a path well traveled" Brochure (Black) |
| 57 | *PLACEHOLDER - INTENTIONALLY OMITTED* |
| 58 | Treadwell "The Landscaper's Choice ... for a path well traveled" Brochure |
| 59 | Treadwell Perennials "Great Garden Ideas" Brochure |