GOHN  
HANKEY  
STICHEL &  
BERLAGE LLP

*201 North Charles Street*  
*Suite 2101*  
*Baltimore, Maryland 21201*  
*410-752-9300*  
*Fax 410-752-2519*

Jan I. Berlage  
Direct Dial: 410-752-1261  
JBerlage@ghsllp.com

*www.ghsllp.com*

May 3, 2017

**VIA ELECTRONIC FILING**

The Honorable Beth P. Gesner  
US District Court District of Maryland  
101 West Lombard Street  
Baltimore, Maryland 21201

Re:   **Results of Party Conference re: Trial Exhibits**  
      ***Under A Foot Plant, Co. v. Exterior Design, Inc.***  
      **Case No.:  1:15-cv-00871-JKB**

Dear Judge Gesner:

On Tuesday, May 2, 2017, the Parties to the above-captioned action met to resolve remaining disputes regarding trial exhibits. The Parties approved or withdrew a substantial portion of the proposed trial exhibits. The Parties have also agreed to amend or modify several exhibits in order to resolve objections without court intervention. This letter, as required by an Order of this Court [Doc. 93], lists all "remaining objections" [Doc. 89] that could not be resolved by conference of the Parties.

The following chart lists Plaintiff's remaining objections to Defendant's exhibits:

| Remaining Objections to Defendant's Exhibits ||
|---|---|
| **Exhibit** | **Objection** |
| 32 | Not produced in discovery despite appropriate request |
| 34 | Not produced in discovery despite appropriate request |
| 39, 41-42, 46 | Not produced in discovery despite appropriate request |
| 43, 44, 47 | Not produced in discovery despite appropriate request |
| 49 | Not produced in discovery despite appropriate request |
| 50-52, 55-59 | Not produced in discovery despite appropriate request |

GOHN
HANKEY
STICHEL &
BERLAGE LLP

Hon. Beth P. Gesner
May 3, 2017
Page 2 of 3

*www.ghsllp.com*

Similarly, the following chart lists Defendant's remaining objections to Plaintiff's Exhibits:

| Remaining Objections to Plaintiff's Exhibits | |
|---|---|
| **Exhibit** | **Objection** |
| 1 | Relevance |
| 3 | Relevance |
| 5 | Relevance beyond inclusion of pictures |
| 12r-s | Relevance |
| 13 | Relevance |
| 14 | Relevance |
| 20b - 43b (b's only) | Summaries of, and Plaintiff's markings on, exhibits are non-original and prejudicial (except that there is no objection to including only the names of the plant above pictures of the plant). |
| 11a-d, 12-a-n, 12p-s, 46, 47, 49, 50, 85g, 94l, 106a-e, 107a-b, 108a-e, 109a-c, 110, 112 | Relevance, confusion, prejudicial, best evidence (FRE 1002-1005) |

Furthermore, Defendant intends to object to any exhibit for which a foundation for the exhibit's introduction cannot be properly laid by either Ms. White, Plaintiff's expert, or any other of Plaintiff's witnesses.

The Parties note that, in order to keep this letter of objections brief, some objections have been abbreviated and that, in some instances, the Parties have more elaborate positions than those stated in the charts. Similarly, the charts do not list the introducing Party's argument for admitting the evidence over the non-introducing Party's objection. The Parties will continue to work to resolve these remaining objections, but are unable to do so at this time.

GOHN
HANKEY
STICHEL &
BERLAGE LLP

*www.ghsllp.com*

Hon. Beth P. Gesner
May 3, 2017
Page 3 of 3

    Counsel for Defendant has approved the content and form of this letter and the Parties intend for this letter to be considered a joint submission.

                                     Most respectfully,

                                     Jan I. Berlage

CC:    Charles A. Arcodia, Esq.
          Joshua Glikin, Esq.
          Michael Dell Long, Esq.
          Joseph Dudek, Esq.