IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNDER A FOOT PLANT, Co. | * | |
| Plaintiff | * | |
| vs. | * | CIVIL NO.: BPG-15-871 |
| EXTERIOR DESIGN, Inc. | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

ORDER

The jury having returned a verdict in favor of plaintiff Under a Foot Plant, Co. against Defendant Exterior Design, Inc. it is this ___19TH___ day of May, 2017,

ORDERED

That, based on plaintiff's election and subject to any additional orders of the court, plaintiff Under A Foot Plant, Co. is hereby awarded actual damages in the amount of Nine Hundred Thousand Dollars ($900,000.00) against defendant Exterior Design, Inc.

_____
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE